IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANTIKA ARNOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO. |
| vs. | ) 21EV005205 |
| | ) |
| GMF-FOREST COVE, LLC and | ) |
| MILLENNIA HOUSING | ) |
| MANAGEMENT LLC, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants GMF-FOREST COVE, LLC and MILLENNIA HOUSING MANAGEMENT, LLC file this Notice of Removal of the civil action filed by Plaintiff Shantika Arnold, and specially appear without waiving any defenses or immunities, to remove the action referred to herein, pursuant to 28 U.S.C.S. §1446 (2005) and F.R.C.P. 11, from the State Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia.

The defendants file this Notice subject to their defenses and immunities as to process and service and all special defenses which may be raised subsequent to the filing of this Notice.

The defendant respectfully shows this Court the following:

1.

On August 31, 2021, Plaintiffs filed a civil action in the State Court of Fulton County, Georgia, titled *Shantika Arnold v. GMF-Forest Cove, LLC and Millennia Housing Management, LLC,* Civil Action No. 21-EV-005205 (the "State Court Action"). A copy of "all process, pleadings, and orders" served upon the defendants in this action are attached as **Exhibit A**. 28 U.S.C.S. §1446 (a).

2.

Plaintiff Shantika Arnold is a citizen of the State of Georgia. (See, Exhibit A, Plaintiff's Complaint, at ¶ 1).

3.

At the time the Complaint was filed, and at all times since, including at the time of this Notice of Removal, Defendant GMF-Forest Cove, LLC has been a foreign limited liability company consisting of one member: GMF Preservation of Affordability Corporation, a Tennessee non-profit corporation with a principal place of business in Tennessee. All are Tennessee citizens. (See, GMF-Forest Cove, LLC's Registration attached as **Exhibit B**; See also, Affidavit of Richard Hamlet attached as **Exhibit C**).

4.

At the time the Complaint was filed, and at all times since, including at the time of this Notice of Removal, Defendant Millennia Housing Management, LLC has been a foreign limited liability company consisting of 3 members: Frank T.

Sinito, Malisse Sinito, and MJB & Z, Inc., an Ohio Corporation with a principal place of business in Ohio. All are Ohio citizens. (See, Millennia Housing Management, LLC's Registration attached as **Exhibit D**; See also, Affidavit of Renee Weiss, attached as **Exhibit E**).

5.

In this case, complete diversity exists because Plaintiff Arnold is a citizen of Georgia and the Defendants are citizens of Tennessee and Ohio.

6.

As alleged in the Complaint, this case involves an alleged shooting for which plaintiff seeks the following personal injuries: past, present, and future pain and suffering; disability; disfigurement; mental anguish; loss of capacity for the enjoyment of life; economic losses; incidental expenses; past, present and future medical expenses; lost earnings; loss of earning capacity, permanent injuries and consequential damages. The Complaint also seeks punitive damages. (See, Plaintiff's Complaint ¶ 44, attached as Exhibit A).

7.

In a demand letter dated July 2, 2021, the plaintiff alleged gunshot wounds to her thigh and ankle which required five days of hospitalization at Grady Hospital and surgical repair of an intraarticular pilon fracture. (See, Correspondence from

Plaintiff's Counsel dated 7/2/21, attached hereto as **Exhibit F**). Plaintiff alleges treatment in excess of $100,000.00.

8.

Based on the medical bills submitted by the plaintiff, which show medical damages in excess of $100,000.00, as well as a claim for punitive damages and a claim for attorney's fees in the Complaint, the amount in controversy, exclusive of interest and costs, between Plaintiff and Defendants exceeds the requisite sum of $75,000.

9.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a) because complete diversity exists between the parties and the amount in controversy exceeds $75,000.

10.

With respect to removal on the basis of diversity jurisdiction, this removal is timely because it is being filed within thirty days of the service of the complaint and summons upon both defendants on September 7, 2021. 28 U.S.C. § 1446 (b) (1).

11.

Both Defendants consent, through their undersigned counsel, to the removal. 28 U.S.C. § 1446 (b) (2) (A).

12.

Defendants attach hereto a copy of the Notice of Filing of Removal filed in the State Court of Fulton County and served upon opposing counsel, marked as **Exhibit G**.

14.

By service of a copy of this Notice of Removal as evidenced by the Certificate of Service, attached, Defendants hereby give notice of such removal to the plaintiff.

WHEREFORE, Defendants move that this Notice of Removal be filed, and that said action be removed to and proceed in this Court, so that no further proceedings may be had in said case in the State Court of Fulton County, Georgia.

This 1st day of October, 2021.

                RUTHERFORD & CHRISTIE LLP

                */s/ Carrie L. Christie*
                Carrie L. Christie, Esq.
                Georgia State Bar No. 125248
                Breandan D. Cotter, Esq.
                Georgia State Bar No. 439220
                *Attorneys for Defendants*

285 Peachtree Center Avenue NE
Marquis II, Suite 1650
Atlanta, Georgia 30303
(404) 522-6888
info@rclawllp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANTIKA ARNOLD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GMF-FOREST COVE, LLC and ) <br> MILLENNIA HOUSING ) <br> MANAGEMENT LLC, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL ACTION FILE NO. <br> 21EV005205 |

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this date served all parties in the above-referenced matter with a copy of the foregoing **Notice of Removal** upon all parties to this matter using the CM/ECF system which will automatically send e-mail notification or other sufficient notification of such filing to the following attorneys of record:

Michael T. Rafi, Esq.
Alexander J. Brown, Esq.
Rafi Law Firm LLC
1776 Peachtree Street NW
Suite 423-South
Atlanta, Georgia 30303
info@rafilawfirm.com
brown@rafilawfirm.com

This 1st day of October, 2021.

*/s/ Carrie L. Christie*
Carrie L. Christie
Georgia Bar No.: 125248

7