# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

ANNUAL REGISTRATION

*Electronically Filed*
Secretary of State
Filing Date: 3/18/2021 11:48:52 AM

| BUSINESS INFORMATION | |
|---|---|
| **CONTROL NUMBER** | 13402470 |
| **BUSINESS NAME** | GMF-FOREST COVE, LLC |
| **BUSINESS TYPE** | Foreign Limited Liability Company |
| **EFFECTIVE DATE** | 03/18/2021 |
| **ANNUAL REGISTRATION PERIOD** | 2021 |

| PRINCIPAL OFFICE ADDRESS | |
|---|---|
| **ADDRESS** | 65 GERMANTOWN COURT, SUITE 409, CORDOVA, TN, 38018, USA |

| REGISTERED AGENT | | |
|---|---|---|
| **NAME** | **ADDRESS** | **COUNTY** |
| C. David Lumsden | 3400 Peachtree Road NE, Suite 1515, Atlanta, GA, 30326, USA | Fulton |

| AUTHORIZER INFORMATION | |
|---|---|
| **AUTHORIZER SIGNATURE** | Natalie Metcalf |
| **AUTHORIZER TITLE** | Authorized Person |