IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANTIKA ARNOLD,           ) <br>                                        ) <br>         Plaintiff,       ) <br>                                          ) <br> vs.                                 ) <br>                                          ) <br> GMF-FOREST COVE, LLC and ) <br> MILLENNIA HOUSING       ) <br> MANAGEMENT LLC,           ) <br>                                          ) <br>         Defendant.     ) <br> _____ ) | CIVIL ACTION FILE NO. |

## **AFFIDAVIT OF RICHARD L. HAMLET**

PERSONALLY APPEARED BEFORE ME, Richard L. Hamlet, who, after first being duly sworn, deposes and says:

1.

My name is Richard L. Hamlet. I make this affidavit based upon my personal knowledge, and of my own free will without any duress. I am over the age of 18.

2.

I am the CEO of GMF-Forest Cove, LLC.

3.

GMF-Forest Cove, LLC is a Tennessee limited liability company with a principal place of business in Tennessee.

4.

GMF-Forest Cove, LLC's sole member is GMF Preservation of Affordability Corporation, a Tennessee non-profit corporation with a principal place of business in Tennessee.

_____
Richard L. Hamlet

Sworn to and subscribed before me
This 30th day of September, 2021

_Susan Lee Lancellotti_
Notary Public
My Commission Expires: May 8, 2023