# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 02/24/2021 08:26:15

| BUSINESS INFORMATION | | |
|---|---|---|
| **BUSINESS NAME** | : | Millennia Housing Management, LLC |
| **CONTROL NUMBER** | : | 15026731 |
| **BUSINESS TYPE** | : | Foreign Limited Liability Company |
| **JURISDICTION** | : | Ohio |
| **ANNUAL REGISTRATION PERIOD** | : | 2021 |

| BUSINESS INFORMATION CURRENTLY ON FILE | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 4000 Key Tower, 127 Public Square, Cleveland, OH, 44114, USA |
| **REGISTERED AGENT NAME** | : | C T CORPORATION SYSTEM |
| **REGISTERED OFFICE ADDRESS** | : | 289 S Culver St, Lawrenceville, GA, 30046-4805, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| UPDATES TO ABOVE BUSINESS INFORMATION | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 4000 Key Tower, 127 Public Square, Cleveland, OH, 44114, USA |
| **REGISTERED AGENT NAME** | : | C T CORPORATION SYSTEM |
| **REGISTERED OFFICE ADDRESS** | : | 289 S Culver St, Lawrenceville, GA, 30046-4805, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| AUTHORIZER INFORMATION | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Coty Bacon |
| **AUTHORIZER TITLE** | : | Attorney In Fact |