IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHANTIKA ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| vs. | ) | |
| | ) | |
| GMF-FOREST COVE, LLC and | ) | |
| MILLENNIA HOUSING | ) | |
| MANAGEMENT LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AFFIDAVIT OF Renee B. Weiss**

PERSONALLY APPEARED BEFORE ME, Renee B. Weiss, who, after first being duly sworn, deposes and says:

1.

My name is Renee B. Weiss. I make this affidavit based upon my personal knowledge, and of my own free will without any duress. I am over the age of 18.

2.

I am the General Counsel of Millennia Housing Management, LLC.

3.

Millennia Housing Management, LLC is an Ohio limited liability company with a principal place of business in Ohio.

4.

Millennia Housing Management, LLC's members are Frank T. Sinito, Malisse Sinito, and MJB & Z, Inc., an Ohio Corporation, all Ohio citizens.

_____
Renee B. Weiss

Sworn to and subscribed before me
This 1st day of October, 2021

_____
Notary Public
My Commission Expires:

JOHNETTE JERNIGAN
NOTARY PUBLIC, STATE OF OHIO
Recorded in Cuyahoga County
2019-RE-801588
My Commission Expires 9/11/2024